UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBBIE FAIL,

   Plaintiff,

                                          CASE NO.:  8:14-cv-525-T-JSM-EAJ

-VS-

DIVERSIFIED CONSULTANTS, INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Debbie Fail, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Diversified Consultants, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of December 2014.

                                          */s/Jared M. Lee*
                                          Jared Michael Lee, Esquire
                                          Morgan & Morgan, P.A.
                                          20 N. Orange Ave., Suite 1600
                                          Orlando, FL 32801
                                          T: 407-420-1414
                                          F: 407-245-34858
                                          JLee@ForThePeople.com
                                          Florida Bar #:  0052284
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December 2014, a copy of the foregoing

was filed via the Court's CM/ECF filing system providing a copy to all counsel of record.

Dayle M. Van Hoose, Esquire
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
dvanhoose@sessions-law.biz
apressler@sessions-law.biz
ramorris@sessions-law.biz

            */s/ Jared M. Lee*_____
            Attorney for Plaintiff